FILED
IN CLERKS OFFICE

2004 JUN -2  A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID OLIVEIRA | : | CIVIL ACTION NO: 0410530 |
| Plaintiff | : | MEL |
| | : | |
| v. | : | |
| | : | |
| EDART TRUCK LEASING, ET AL | : | JUNE 1, 2004 |
| Defendants. | : | |

## APPEARANCE

Please enter my appearance on behalf of the defendants in the above-captioned action.

Dated this 1st day of June, 2004 at Hartford, Connecticut.

DEFENDANTS
EDART TRUCK LEASING and
DAVID PROUT

By _____
Diana Garfield
BBO #185380
Federal Bar No. ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871
E-mail: dgarfield@kemlaw.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of June, 2004, a copy of the foregoing Appearance was sent via first-class mail, postage prepaid, to:

Richard A. Mulhearn, Esquire
41 Elm Street
Worcester, Mass. 01609

_____
Diana Garfield

14119