UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OLIVEIRA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   DOCKET NO.   04 CV 10530 MEL |
| | ) |
| EDART TRUCK LEASING CORP.<br>AND DAVID PROUT,<br>    Defendants. | )<br>)<br>) |

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a)     with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.


                                        _/ s / David Oliveira_____
                                        David Oliveira
                                        Plaintiff



                                        _/ s / Richard A. Mulhearn_____
                                        Richard A. Mulhearn
                                        Counsel for Plaintiff

Dated: August 26, 2004.