UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OLIVEIRA,<br>    Plaintiff,<br><br>v.<br><br>EDART TRUCK LEASING CORP.<br>AND DAVID PROUT,<br>    Defendants. | )<br>)<br>)<br>)   DOCKET NO. 04 CV 10530 MEL<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties submit the following Joint Statement in connection with the September 1, 2004 Scheduling Conference.

### I.    Conference Agenda

1. Proposed Pre-Trial Schedule and Discovery Plan.

2. Possibility of Consent to Trial by Magistrate Judge.

### II.    Proposed Joint Discovery Plan

1. **Amendment to Pleadings**.  Motions to amend the pleadings to be made by October 1, 2004.

2. **Written Discovery Requests**.  Written discovery requests shall be served by November 15, 2004, and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

3. **Depositions of Fact Witnesses**.  Depositions of fact witnesses will be completed by March 31, 2005.

4.      **Requests for Admissions**.  Requests for Admissions, if any, shall be propounded by April 1, 2005 and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

5.      **Status Conference**.  A Status Conference, if approved by the Court, shall occur in May 2005.

6.      **Expert Discovery**.    The parties shall designate trial experts and disclose information required by FRCP, Rule 26(a)(2) by May 31, 2005.  Expert depositions shall be completed by June 30, 2005.

### III.     Proposed Motion Schedule

Rule 12 Motions to Dismiss and/or Rule 56 Motions for Summary Judgment shall be filed by August 31, 2005.   Responses to such dispositive motions shall be served within 30 days of service.

### IV.     Settlement and/or Case Management Conferences

A Settlement Conference and/or Case Management Conference shall take place at the discretion of the Court.  The parties recommend that the Court hold a final pre-trial conference and set a firm trial date by October 3, 2005.

### V.     Rule 16.1 Certification

The parties' Certifications pursuant to L.R. 16.1 are being filed separately.

### VI.     Trial by Magistrate

At this time, the parties do not agree to trial by magistrate.

| | |
|---|---|
| EDART TRUCK LEASING CORP. and DAVID PROUT, | DAVID OLIVEIRA, |
| By their attorneys, | By his attorney, |
| \_\_\_/ s / Diana Garfield_____<br>Diana Garfield<br>BBO #185380<br>Kainen, Escalera & McHale, P.C.<br>21 Oak Street<br>Hartford, CT  06106<br>(860) 493-0870 | \_\_\_\_/ s / Richard A. Mulhearn\_\_\_\_\_<br>Richard A. Mulhearn<br>BBO #359680<br>Law Offices of Richard A. Mulhearn<br>41 Elm Street<br>Worcester, MA 01609<br>(508) 753-9999 |

Dated:  August 27, 2004.