**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DAVID OLIVEIRA
        Plaintiff(s)

CIVIL ACTION

V.

NO. 04-10530-MEL

EDART TRUCK LEASING CORP., et al
        Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to   A. DAVID MAZZONE-USDJ   for the following ADR program:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| \_\_x\_\_ MEDIATION | _____ MINI-TRIAL |
| _____ SUMMARY JURY TRIAL | _____ SETTLEMENT CONFERENCE |
| _____ SPECIAL MASTER | |
| _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

Sept 8,2004
DATE

/s/ Morris E. Lasker
UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | Job Discrimination | | |

(ADR Referral.wpd - 4/12/2000)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[orefadr.]