UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OLIVEIRA<br>　　Plaintiff,<br><br>v.<br><br>EDART TRUCK LEASING, ET AL<br><br>　　Defendants. | CIVIL ACTION NO. 0410530<br>MEL<br><br><br><br><br><br>November 5, 2004 |

### DEFENDANTS' COMPLIANCE WITH
### RULE 26(a)(1) REQUIRED DISCLOSURES

In accordance with Fed. R. Civ. P. 26(a)(1), Defendants make the following required disclosures:

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The defendant can identify the following individuals at this time:

<u>David Oliveira</u> – Plaintiff should have knowledge regarding the allegations in the complaint.

The following Edart employees may not be contacted except through the undersigned counsel:

<u>Howard Siegal</u> – 185 West Service Road, Hartford, CT, will have knowledge about Edart's operations and his interactions with Mr. Oliveira.

<u>David Prout</u> – 100 Wales Avenue, Avon, MA, will have knowledge about Edart's operations and Mr. Oliveira's performance.

<div style="margin-left: 2em;">

Tim Daly – 100 Wales Avenue, Avon, MA, will have knowledge about Edart operations and plaintiff's performance.

Gary Zweifel – 185 West Service Road, Hartford, CT, will have knowledge about Edart's human resources procedures.

Don Miller – 185 West Service Road, Hartford, CT, will have knowledge about plaintiff's schedule and performance.

Others:

Caritas Good Samaritan Occupational Health Services – 75 Stockwell Drive, Avon, MA 02322, representative will have knowledge about functional capacity evaluation.

Sue MacMelville – address unknown, will have knowledge about plaintiff's conduct at work.

Oliveira Transports, Inc. – 44 Spruce Tree Lane, Norton, MA, representative will have knowledge of interim earnings.

</div>

**B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The defendants can identify the following documents at this time:

Oliveira personnel file materials (already in plaintiff's possession)
Documents submitted by Edart in Massachusetts Commission on Human Rights and Opportunities cases (already in plaintiff's possession).

**C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

At this time, Defendants do not seek damages from Plaintiff.

**D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

RESPECTFULLY SUBMITTED
DEFENDANTS,
EDART TRUCK LEASING CORP. and
DAVID PROUT

By: _____
Diana Garfield
BBO #185380
Kainen, Escalera & McHale, P.C.
Their Attorneys
21 Oak Street, Suite 601
Hartford, CT 06106
Tel.: (860) 493-0870
Fax: (860) 493-0871

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of November, 2004 a copy of the foregoing Defendants' Compliance With Rule 26(a)(1) Required Disclosures was mailed to:

Richard A. Mulhearn, Esquire
41 Elm Street
Worcester, Mass. 01609

_____
Diana Garfield

14903