# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OLIVEIRA,<br>　　Plaintiff | :<br>:<br>:    **Docket No. 04 CV 10530 MEL** |
| vs. | :<br>: |
| EDART TRUCK RENTAL and<br>DAVID PROUT<br>　　Defendants | :<br>:<br>: |

## CERTIFICATION BY DEFENDANTS AND DEFENDANTS' COUNSEL

The undersigned hereby certify that we have conferred:

(a) with a view of establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
EDART TRUCK LEASING CORP.
DAVID PROUT

_____
Counsel for Defendants

Dated: November ___, 2004

15217

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of November, 2004 a copy of the foregoing Certification by Defendants and Defendants' Counsel was mailed to:

Richard A. Mulhearn, Esquire
41 Elm Street
Worcester, Mass. 01609

_____
Diana Garfield

15217