UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID OLIVEIRA,

        Plaintiff,

CIVIL NO.  04-10530-MEL

EDART TRUCK LEASING CORP. and
DAVID PROUT,

        Defendants,

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO: JUDGE LASKER

SWARTWOOD, M.J.

On  **FEBRUARY 4, 2005**  I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | **X** | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer .

The case was:

(X)    Settled.  Your clerk should enter a  **30**  day order of dismissal.
(  )    There was progress.  A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
(  )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.
(  )    Suggested strategy to facilitate settlement:


**February 4, 2005**                      /s/ Charles B. Swartwood, III
Date                                   CHARLES B. SWARTWOOD, III, MJ