**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


DAVID OLIVEIRA
                    Plaintiff

                                                    CIVIL ACTION

        V.


EDART TRUCK LEASING CORP.,                          NO.    04-10530-MEL
 and DAVID PROUT
                    Defendant


**SETTLEMENT ORDER OF DISMISSAL**


 **LASKER,S.D.J.**


        The Court having been advised on    February 4, 2005     that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within sixty

(60) days if settlement is not consummated.


                                            By the Court,


 February 14, 2005                           /s/George H. Howarth
        Date                                Deputy Clerk


(Dismissal Settlement.wpd - 12/98)                                    [stlmtodism.]