UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID OLIVEIRA, :
    Plaintiff, :
     :
v. : DOCKET NO. 04 CV 10530 MEL
     :
EDART TRUCK LEASING CORP. :
AND DAVID PROUT, :
    Defendants. :

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees.

For the Plaintiff

_____
Richard A. Mulhearn, Esq.
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA 01609
Tel:
Attorney for the Plaintiff

For the Defendants

_____
Diana Garfield, BBO #185380
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106
Tel: (860) 493-0870
Fax: (860) 493-0871
dgarfield@kemlaw.com
Attorney for the Defendants

3/31/05